UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY TUCKER, *on behalf of himself and all other persons similarly situated,*<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>PURE FISHING, INC.,<br><br>                              Defendant. | 23 Civ. 4659 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's executed waiver of service filed July 6, 2023, which sets forth an answer deadline of September 5, 2023. (Dkt. #8). To allow the parties sufficient time to prepare for the initial pretrial conference, the conference currently scheduled for August 18, 2023, is hereby ADJOURNED to **September 20, 2023, at 3:30 p.m.**

SO ORDERED.

Dated:   July 7, 2023
            New York, New York

                                                              *Katherine Polk Failla*
                                                              _____
                                                                 KATHERINE POLK FAILLA
                                                                 United States District Judge